STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

12-923 consolidated with 12-909, 12-910, 12-911, 12-912, 12-913, 12-914,
12-915, 12-916, 12-917, 12-918, 12-919, 12-920, 12-921, 12-922, 12-924,
12-925, 12-926, and 12-927

REBEL DISTRIBUTORS CORP., INC. d/b/a PHYSICIAN PARTNER AND
PHARMACY PARTNER (SHIRLEY PREJEAN)

VERSUS

LUBA CASUALTY INS. COMPANY ET AL.

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION - DISTRICT 04
PARISH OF LAFAYETTE, NO. 10-03293
SHARON MORROW, WORKERS' COMPENSATION JUDGE

**\*\*\*\*\*\*\*\*\*\***

**JIMMIE C. PETERS
JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Jimmie C. Peters, and
Marc T. Amy, Judges.

**REVERSED AND RENDERED.**

Harry K. Burdette
The Glenn Armentor Law Corporation
300 Stewart Street
Lafayette, LA 70501
(337) 233-1471
COUNSEL FOR PLAINTIFF/APPELLANT:
    Rebel Distributors Corporation, Inc. d/b/a
    Physician Partner and Pharmacy Partner

**Jeffrey C. Napolitano**
**Juge, Napolitano, Guilbeau, Ruli & Frieman**
**3320 West Esplanade Avenue North**
**Metairie, LA 70002**
**(504) 831-7270**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
    **LUBA Casualty Insurance Company**
    **Rosewood Retirement & Assisted Living**

**PETERS, J.**

For the reasons assigned in *Rebel Distributors, Inc. et al. v. LUBA Workers' Comp. et al.*, 12-909 (La.App. 3 Cir.__/__/13), __ So.3d __, we reverse the judgment of the workers' compensation judge and render judgment in favor of Rosewood Retirement & Assisted Living and LUBA Casualty Insurance Company, granting their peremptory exception of no right of action and dismissing the claims of Rebel Distributors Corporation, Inc. d/b/a Physician Partner and Pharmacy Partner. We assess all costs of this appeal against Rebel Distributors Corporation, Inc. d/b/a Physician Partner and Pharmacy Partner.

**REVERSED AND RENDERED.**